ACCEPTED
15-25-00036-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 7:32 AM
CHRISTOPHER A. PRINE
CLERK

CASE NO. 15-25-00036-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 7:32:45 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

**JORGE R. GUEVARA, M.D.,**
*Appellant,*

**v.**

**TEXAS MEDICAL BOARD**
*Appellee.*

---

**APPELLEE TEXAS MEDICAL BOARD'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

---

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

In accordance with Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee the Texas Medical Board (TMB) respectfully requests a 30-day extension of time to file its brief. In support of the motion, Appellee TMB would show the following:

1.    The deadline for filing Appellee's brief is August 29, 2025.

2. Appellee TMB requests a 30-day extension from the current deadline to file its brief. If granted, this extension would cause Appellee's brief to be due on September 29, 2025.

3. Counsel for TMB requires an extension due to multiple competing deadlines. Between counsel's first and second request for an extension of time, counsel has been preparing for her first oral argument before the Texas Supreme Court, submitted a petition for review to the Texas Supreme Court, provided general counsel services at three board meetings, drafted an appellate brief in *Omietimi v. Texas Board of Nursing*, Case No. 15-25-00033-CV, before the 15th Court of Appeals, and prepared for a hearing on the merits scheduled for August 27, 2025 before the 250th Judicial District of Travis County. She will need 30 more days to finish the brief in the above-captioned case.

4. Counsel for Appellant Dr. Guevara does not oppose the requested extension.

5. One previous motion for extension of time to file Appellee's brief has been granted.

WHEREFORE, PREMISES CONSIDERED, Appellee TMB respectfully requests that this honorable Court grant its motion for extension of time.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

/s/*Kathy Johnson*
**KATHY JOHNSON**
Assistant Attorney General
Texas State Bar No. 24126964
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
Office of the Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station

Austin, Texas 78711-2548
Telephone: (512) 475-4164
kathy.johnson@oag.texas.gov

ATTORNEYS FOR APPELLEE
TEXAS MEDICAL BOARD

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Hayley Ellison, counsel for Appellant Dr. Guevara, by email on August 25, 2025. Appellant does not oppose the granting of the relief requested in this motion.

/s/*Kathy Johnson*
**KATHY JOHNSON**
ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was served on the following counsel of record for Appellant by electronic service and/or e-mail on August 26, 2025:

Hayley Ellison
Davis & Santos, PLLC
719 S. Flores St.
San Antonio, TX 78204
P: 210-853-5882
hellison@dslawpc.com

ATTORNEY FOR APPELLANT

/s/*Kathy Johnson*
**KATHY JOHNSON**
ASSISTANT ATTORNEY GENERAL

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Kathy Johnson
Bar No. 24126964
jeff.lutz@oag.texas.gov
Envelope ID: 104833744
Filing Code Description: Motion
Filing Description: 2025 0826 2nd MET
Status as of 8/26/2025 7:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|---------------------|--------|
| Jason M.Davis | | jdavis@dslawpc.com | 8/26/2025 7:32:45 AM | SENT |
| Ted Ross | 24008890 | Ted.Ross@oag.texas.gov | 8/26/2025 7:32:45 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 8/26/2025 7:32:45 AM | SENT |
| Hayley Ellison | | Hellison@dslawpc.com | 8/26/2025 7:32:45 AM | SENT |
| Katherine Johnson | 24126964 | kathy.johnson@oag.texas.gov | 8/26/2025 7:32:45 AM | SENT |